```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                Plaintiff,                  :
                                                            :    21 Cr. 525-01 (LGS)
        -against-                                           :
                                                            :    SCHEDULING ORDER
ANTHONY GORDON,                                             :
                                Defendant,                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Anthony Gordon's sentencing hearing shall be held on **December 13, 2021**, at **12:00 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **November 15, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **November 18, 2021.**

Dated: August 27, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**