```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  UNITED STATES OF AMERICA,                                :
                                                           :
                                                           :    21 Cr. 525-02 (LGS)
                 -against-                                 :
                                                           :
  ANTHONY GORDON,                                          :    SCHEDULING ORDER
                                        Defendant,         :
-----------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing was previously scheduled for December 13, 2021.

WHEREAS Defendant filed an unopposed application to adjourn the sentencing hearing. (Dkt. No. 47)

WHEREAS the parties have consented to appear remotely for the sentencing hearing.  It is hereby

**ORDERED** that the sentencing hearing previously scheduled for December 13, 2021, is adjourned to **January 4, 2022, at 11:00 a.m**. will be conducted via videoconference.  The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

The Clerk of the Court is directed to terminate the letter motion at docket number 47.

Dated: December 16, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE