UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :    21 Cr. 525 (LGS)
               -against-                                    :
                                                            :    SCHEDULING ORDER
ANTHONY GORDON,                                             :
                                             Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Anthony Gordon's sentencing hearing will be held on **March 3, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **February 10, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **February 13, 2025.**

Dated: December 19, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**