UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    ANTHONY GORDON,
                              Defendant.
------------------------------------------------------------X

21 Cr. 525-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing previously scheduled for March 3, 2025, is adjourned to **March 24, 2025, at 11:00 a.m.**

Dated: March 11, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE