UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA                     :

                                                              :

                                                              :          21 Cr. 525-02 (LGS)

-against-                                    :

                                                              :          ORDER

ANTHONY GORDON,                              :

                               Defendant.  :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 27, 2026, the Probation Department filed a Violation of

Supervised Release Report and Petition alleging three instances when Defendant violated the

conditions of his supervised release.  It is hereby

**ORDERED** the parties shall confer and file a joint status letter on **April 10, 2026,**

informing the Court of the status of Defendant's compliance with the terms of his supervised

release and their respective positions with respect to the pending specifications including whether

a disposition has been reached or if an evidentiary hearing is needed.

Dated: April 3, 2026
        New York, New York

                                                           _____

                                                           **LORNA G. SCHOFIELD**
                                                           **UNITED STATES DISTRICT JUDGE**